# United States District Court

SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

UNITED STATES OF AMERICA

V.

**Jose MARTINEZ**
**A200 942 266**
**YOB: 1982**
**POB:   Mexico**
Name and Address of Defendant

CRIMINAL COMPLAINT

Case Number: 7:13-po- 0326

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about **August 2, 2012** in **Hidalgo** County, in the **Southern** District of **Texas** defendant(s) did,
*(Track Statutory Language of Offense)*
being then and there an alien did, knowingly and unlawfully enter the United States at a place other than as designated by immigration officers:

in violation of Title **8** United States Code, Section(s) **1325 (a) (1)**

I further state that I am a(n) **Immigration Enforcement Agent** and that this complaint is based on the following facts:

**On February 9, 2013, Jose MARTINEZ was encountered by Immigration Enforcement Agents at the McAllen, Texas Municipal Jail. An Immigration Detainer was placed upon the Defendant and he was remanded to the custody of Immigration and Customs Enforcement on May 9, 2013. When questioned as to his citizenship, Defendant stated that he is a citizen and national of Mexico, who illegally entered the United States on or about August 2, 2012, by wading the Rio Grande River at or near Hidalgo, Texas.**

**I DECLARE UNDER PENALTY OF PERJURY THAT THE STATEMENTS IN THIS COMPLAINT ARE TRUE AND CORRECT.**

Continued on the attached sheet and made a part of this complaint: ☐ Yes  ☒ No

/s/        **Rolando Nino**
Printed Name of Complainant

Sworn to before me and subscribed in my presence,

**May 10, 2013**                                         at     **McAllen, Texas**
Date                                                                       City and State

**Dorina Ramos        ,Magistrate Judge**
Name and Title of Judicial Officer                           Signature of Judicial Officer